Richard C. Washington, Adminstrator of Estate of Lawrence William Washington, Deceased, Appellee, v. Leon Peterson, Appellant.

Gen. No. 9,892.

opinion filed July 8, 1943. B. Jay Knight, for appellant; Frank P. North, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.